## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| **v.** | : | **DATE FILED:** _____ |
| **CARLOS MATCHETT,** | : | **VIOLATIONS:** |
| **a/k/a "Carlito Matchett"** | | **18 U.S.C. § 844(f)(1) and (2) (arson of** |
| **KHALIF MILLER,** | : | **property belonging to an agency** |
| **a/k/a "Chalif Miller"** | | **receiving federal funding – 1 count)** |
| **ANTHONY DAVID ALE SMITH** | : | **18 U.S.C. § 844(i) (arson affecting** |
| | | **interstate commerce – 1 count)** |
| | : | **18 U.S.C. § 231(a)(3) (obstruction of law** |
| | | **enforcement during a civil disorder – 1** |
| | : | **count)** |
| | | **18 U.S.C. § 2 (aiding and abetting)** |
| | : | **Notice of forfeiture** |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**CARLOS MATCHETT,**
**a/k/a "Carlito Matchett,"**
**KHALIF MILLER,**
**a/k/a "Chalif Miller," and**
**ANTHONY DAVID ALE SMITH**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the

damaging and destruction, by means of fire, of Philadelphia Police Department Car C-109, a

vehicle in whole and in part owned by the Philadelphia Police Department, an institution and

organization receiving Federal financial assistance, and in so doing, created a substantial risk of

injury to one or more persons, including public safety officers.

In violation of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 2.

1

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**CARLOS MATCHETT,**
**a/k/a "Carlito Matchett,"**
**KHALIF MILLER,**
**a/k/a "Chalif Miller," and**
**ANTHONY DAVID ALE SMITH**

maliciously damaged and destroyed, attempted to damage and destroy, and aided and abetted the

damaging and destruction, by means of fire, of a vehicle, that is, Philadelphia Police Department

Car C-109, used in interstate and foreign commerce and in activity affecting interstate and

foreign commerce, and other personal property used in interstate and foreign commerce and in

activity affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 844(i) and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about May 30, 2020, in the Eastern District of Pennsylvania, defendants

**CARLOS MATCHETT,**
**a/k/a "Carlito Matchett,"**
**KHALIF MILLER,**
**a/k/a "Chalif Miller," and**
**ANTHONY DAVID ALE SMITH**

knowingly committed acts, and aided and abetted such acts, to obstruct, impede, and interfere

with law enforcement officers lawfully engaged in the lawful performance of their official duties

incident to and during the commission of a civil disorder, which obstructed, delayed, and

adversely affected commerce and the movement of any article and commodity in commerce,

through the destruction and attempted destruction of Philadelphia Police Department Car C-109.

In violation of Title 18, United States Code, Sections 231(a)(3) and 2.

3

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

   1. As a result of the violations of Title 18, United States Code, Sections 844(f)(1), (f)(2) and 844(i), set forth in this indictment, defendants

**CARLOS MATCHETT,**
**a/k/a "Carlito Matchett,"**
**KHALIF MILLER,**
**a/k/a "Chalif Miller," and**
**ANTHONY DAVID ALE SMITH**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violations.

   2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant(s):

     (a) cannot be located upon the exercise of due diligence;

     (b) has been transferred or sold to, or deposited with, a third party;

     (c) has been placed beyond the jurisdiction of the Court;

     (d) has been substantially diminished in value; or

     (e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant(s) up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

**WILLIAM M. McSWAIN**
**UNITED STATES ATTORNEY**

5

No. _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**CARLOS MATCHETT,**
**a/k/a "Carlito Matchett"**
**KHALIF MILLER,**
**a/k/a "Chalif Miller"**
**ANTHONY DAVID ALE SMITH**

## INDICTMENT

Counts

**18 U.S.C. § 844(f)(1) and (2) (arson of property belonging to an agency receiving federal funding – 1 count)**
**18 U.S.C. § 844(i) (arson affecting interstate commerce – 1 count)**
**18 U.S.C. § 231(a)(3) (obstruction of law enforcement during a civil disorder – 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**
**Notice of forfeiture**

A true bill.

_____
Foreman

Filed in open court this _____
Of _____ A.D. 20____ day.

_____
Clerk

Bail, $ _____