

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Amanda R. Reinitz*
*Direct Dial: (215) 861-8496*
*Facsimile: (215) 861- 8618*
*E-mail Address:  Amanda.Reinitz@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

October 29, 2020

U.S. District Court Clerk's Office
Criminal Division
2609 United States Courthouse
601 Market Street
Philadelphia, PA 19106

    Re:    <u>United States v. Carlos Matchett et al (20-cr-368)</u>

Dear Clerk:

Please unimpound the Indictment in regard to the above-captioned case. The Indictment was filed on October 20, 2020.

    Very truly yours,

    WILLIAM M. McSWAIN
    United States Attorney


    /s Amanda R. Reinitz
    AMANDA R. REINITZ
    Assistant United States Attorney