# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 20-368** |
| | : | |
| **CARLOS MATCHETT** | : | |

## O R D E R

**AND NOW**, this _____ day of _____, 2022, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, and that the government having no objection to the Defendant's Motion for Continuance of Trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore, pursuant to 18 U.S.C. § 3161(h)(7)(A), it is hereby **ORDERED** that the defendant's Motion for continuance of time for commencement of trial and extension of all pretrial deadlines is **GRANTED**, and that the trial of this matter **SHALL** commence on or after _____, 2022.

BY THE COURT:

_____
**THE HONORABLE JUAN R. SÁNCHEZ**
**Chief United States District Court Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 20-368** |
| | : | |
| | : | |
| **CARLOS MATCHETT** | : | |

**DEFENDANT'S UNOPPOSED MOTION
FOR A SIXTY (60) DAY CONTINUANCE OF TRIAL**

Carlos Matchett, by his attorney, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby requests a continuance of trial in the above-captioned case. As grounds counsel avers as follows:

1. On October 20, 2020, the United States Attorney for the Eastern District of Pennsylvania filed an Indictment charging Mr. Matchett and two other defendants with one count of arson of property belonging to an agency receiving federal funding, in violation of 18 U.S.C. §§ 844(f)(1) and 2, one count of arson affecting interstate commerce, in violation of 18 U.S.C. §§ 844(i) and 2, and one count of obstruction of law enforcement during a civil disorder, in violation of 18 U.S.C. §§ 231(a)(3) and 2.

2. On November 4, 2020, Mr. Matchett appeared before the Honorable Jacob P. Hart and entered a plea of not guilty to the aforementioned charges.

3. Trial is scheduled to commence on January 31, 2022.

4. Counsel needs additional time to review discovery with Mr. Matchett, conduct necessary investigations and legal research, and continue negotiations toward a possible non-trial disposition. A continuance of not less sixty (60) days is respectfully requested.

5. Counsel's request for a continuance is necessary in order to provide effective

representation of Mr. Matchett.

6. Assistant United States Attorney Amanda Reinitz does not oppose this request.

7. Counsel for Mr. Matchett has discussed her need for a continuance with him, and he consents to the continuance.

8. This request is submitted in order to serve the interests of justice and ensure the effective assistance of counsel. Counsel for Mr. Matchett further agrees that time granted for the requested extension is excludable pursuant to 18 U.S.C. § 3161(h)(1)(F) of the Speedy Trial Act.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests that this Motion be granted and the trial be continued for not less than sixty (60) days.

Respectfully submitted,

*/s/ Katrina Young*
KATRINA YOUNG
Assistant Federal Defender

## CERTIFICATE OF SERVICE

I, Katrina Young, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of the Defendant's Unopposed Motion to Continue Trial, to be filed and served electronically through the Eastern District Clerk's Office Electronic Case Filing ("ECF") notification upon, Amanda Reinitz, Assistant United States Attorney, United States Attorney's Office, 615 Chestnut St., Suite 1250, Philadelphia, PA 19106

/s/ Katrina Young
KATRINA YOUNG
Assistant Federal Defender

DATE:   January 4, 2022